# EXHIBIT A

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): JUSTIN QUINN<br>ADDRESS: Groton, MA | | COUNTY<br>Suffolk |
| | DEFENDANT(S): VICTORIA NYC 1 INC., RX2GO MA INC., ERKIN SATTAROV and DONIYOR SATTAROv | |
| ATTORNEY: Brant Casavant<br>ADDRESS: Fair Work, P.C., 192 South Street, Suite 450 Boston, MA 02111 | ADDRESS: | |
| BBO: 672614 | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A01 | Services, Labor & Materials | F | ☒ YES    ☐ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............ $ ____
  2. Total doctor expenses ............ $ ____
  3. Total chiropractic expenses ............ $ ____
  4. Total physical therapy expenses ............ $ ____
  5. Total other expenses (describe below) ............ $ ____
  Subtotal (A): $ ____
B. Documented lost wages and compensation to date ............ $ ____
C. Documented property damages to dated ............ $ ____
D. Reasonably anticipated future medical and hospital expenses ............ $ ____
E. Reasonably anticipated lost wages ............ $ ____
F. Other documented items of damages (describe below) ............ $ ____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F):$ ____

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $ To be determined

Signature of Attorney/Pro Se Plaintiff: X_____    Date: 02/06/2024

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X_____    Date: 02/06/2024