**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN QUINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA NYC 1 INC., d/b/a Rx2Go, RX2GO MA INC., ERKIN SATTAROV, and DONIYOR SATTAROV, individually,<br><br>Defendants. | Case No. 1:24-cv-11472-MJJ |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for the plaintiff in this matter, Justin Quinn, individually and on behalf of all others similarly situated. I certify that I am licensed to practice law in the Commonwealth of Massachusetts and before this Court.

**Dated:** June 6, 2024.

/s/ Brant Casavant

Brant Casavant, BBO #672614
FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel. (617) 231-6777
Fax. (617) 488-2261
brant@fairworklaw.com

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2024, I caused a true copy of this document to be served on all registered participants in this matter using the Court's ECF system.

/s/ Brant Casavant
Brant Casavant