**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN QUINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA NYC 1 INC., d/b/a Rx2Go, RX2GO MA INC., ERKIN SATTAROV, and DONIYOR SATTAROV, individually,<br><br>Defendants. | Case No. 1:24-cv-11472 |

## LOCAL RULE 16.1 CERTIFICATION

Plaintiff hereby certifies that he and his counsel have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.

DocuSigned by:
Justin Quinn
4B05BA952B2D45F...
Justin Quinn

Dated: 6/21/2024

/s/ Brant Casavant
Brant Casavant, BBO #672614
FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel. (617) 231-6777
Fax. (617) 488-2261
brant@fairworklaw.com

Dated: June 21, 2024.