UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN QUINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA NYC 1 INC., d/b/a Rx2Go, RX2GO MA INC., ERKIN SATTAROV, and DONIYOR SATTAROV, individually,<br><br>Defendants. | C.A. NO.: 1:24-CV-11472 (MJJ) |

**MOTION TO CONTINUE SCHEDULING CONFERENCE**

NOW COME the defendants, Victoria NYC 1 Inc., Rx2go Ma Inc., Erkin Sattarov, and Doniyor Sattarov, by and through counsel, and hereby respectfully file this Motion to Continue Scheduling Conference, currently set for July 31, 2024. Counsel for the plaintiff, Justin Quinn, has stated in an email that he does not plan to oppose this motion. A Memorandum of Law is being filed in support of this motion.

WHEREFORE, the defendants, Victoria NYC 1 Inc., Rx2go Ma Inc., Erkin Sattarov, and Doniyor Sattarov request this Honorable Court continue the Scheduling Conference in this matter.

**Respectfully Submitted:**

By: /s/ John W. Dennehy
John W. Dennehy (BBO #658247)
DENNEHY LAW
127 Main Street, Suite 1
Nashua, New Hampshire 03060
Tel: (603) 943-7633
jdennehy@johnwdennehy.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, on July 30, 2024 counsel for the Defendants (John W. Dennehy) conferred via email with counsel for the Plaintiff (Brant Casavant), and counsel for the Plaintiff assented to the relief sought in this motion.

*/s/ John W. Dennehy*
John W. Dennehy

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this July 30, 2024.

*/s/ John W. Dennehy*
John W. Dennehy