UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN QUINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA NYC 1 INC., d/b/a Rx2Go, RX2GO MA INC., ERKIN SATTAROV, and DONIYOR SATTAROV, individually,<br><br>Defendants. | C.A. NO.: 1:24-CV-11472 (MJJ) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONTINUE SCHEDULING CONFERENCE**

NOW COME the defendants, Victoria NYC 1 Inc., Rx2go Ma Inc., Erkin Sattarov, and Doniyor Sattarov ("Defendants"), by and through counsel, and hereby respectfully file this Memorandum of Law in Support of Motion to Continue Scheduling Conference, currently set for July 31, 2024. The plaintiff, Justin Quinn ("Plaintiff"), does not plan to oppose this motion.

**INTRODUCTION**

This Court currently has a Scheduling Conference set for July 31, 2024 at 2:30 pm. On July 12, 2024, prior to this Scheduling Conference being scheduled, counsel for the Defendants, John W. Dennehy, had an in-person motion hearing scheduled in *Enterprise Hilltop Realty Trust, et. al. v. HealthPlus, LLC*, Essex Superior Court, Civil action No.: 2477-CV-00213. The in-person hearing in the HealthPlus matter causes a conflict because it is scheduled for July 31, 2024 at 2:00

pm. The Defendants prefer to have their local counsel attend the Scheduling Conference in this matter.

## BACKGROUND

This Court had set the Scheduling Conference for July 23, 2024 at 3:15 pm. Unfortunately, counsel for the Defendants, John W. Dennehy, experienced email and computer systems disruption from July 19, 2024 through July 23, 2024. This caused a glitch where the Scheduling Conference appeared in Mr. Dennehy's system at 3:30 pm. At the time he attempted to join the conference, it was already terminated. Thereafter, the Scheduling Conference was set for July 31, 2024 at 2:30 pm.

On July 12, 2024, an in-person hearing was scheduled for July 31, 2024 at 2:00 pm. Counsel for the Defendants has considered various means to try to accommodate both matters. However, the situation runs the risk of counsel not being able to accommodate the hearing and the conference.

As matters often occur in litigation practice, counsel for the Defendants has been involved with an arbitration, a seven-figure trial, an appeal brief, among other matters. The motion hearing in the HealthPlus matter and the Scheduling Conference in this matter fall around the same time. However, counsel for the Defendants has ample opportunity for this matter in the coming weeks.

## AUTHORITY

This Court has discretion to alter and amend scheduled hearings and conferences as justice may require. F.R.C.P. 16; Local R. 7.1, 40.2, and 40.3. Counsel for the Plaintiff has stated in an email that he feels that he cannot assent to this motion, but he does not plan to oppose it.

## CONCLUSION

For the reasons stated above, the Defendants request that this Honorable Court continue the Scheduling Conference in this matter. Further, counsel for the Defendants apologizes for any delays and/or inconveniences to the Court and Plaintiff's counsel.

**Respectfully Submitted:**

By: /s/ John W. Dennehy
John W. Dennehy (BBO #658247)
DENNEHY LAW
127 Main Street, Suite 1
Nashua, New Hampshire 03060
Tel: (603) 943-7633
jdennehy@johnwdennehy.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, on July 30, 2024 counsel for the Defendants (John W. Dennehy) conferred via email with counsel for the Plaintiff (Brant Casavant), and counsel for the Plaintiff assented to the relief sought in this motion.

*/s/ John W. Dennehy*
John W. Dennehy

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this July 30, 2024.

*/s/ John W. Dennehy*
John W. Dennehy