UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN QUINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA NYC 1 INC., d/b/a Rx2Go, RX2GO MA INC., ERKIN SATTAROV, and DONIYOR SATTAROV, individually,<br><br>Defendants. | C.A. NO.: 1:24-CV-11472 (MJJ) |

**MOTION TO EXTEND DEADLINES FOR BRIEFING SCHEDULE**

NOW COME the defendants, Victoria NYC 1 Inc., Rx2go Ma Inc., Erkin Sattarov, and Doniyor Sattarov (collectively the "Defendants"), by and through counsel, and hereby respectfully file this Motion to Extend Deadlines for Briefing Schedule, with a current date set for a Declaration and Memorandum on Jurisdiction due September 24, 2024, the Opposition due October 8, 2024, and Reply due October 22, 2024. The Defendants seek to extend each deadline by seven (7) days because Defendants' counsel suffered medical issues over the las two weeks. Counsel for the plaintiff, Justin Quinn, has stated that he does not plan to oppose this motion.

WHEREFORE, the defendants, Victoria NYC 1 Inc., Rx2go Ma Inc., Erkin Sattarov, and Doniyor Sattarov request this Honorable Court extend the Brief Schedule as follows: Memorandum with Declaration due October 1, 2024, Opposition due October 9, 2024, and any Reply due October 29, 2024.

**Respectfully Submitted:**

By: /s/ John W. Dennehy
John W. Dennehy (BBO #658247)
DENNEHY LAW
127 Main Street, Suite 1
Nashua, New Hampshire 03060
Tel: (603) 943-7633
jdennhy@johnwdennehy.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, on September 24, 2024 counsel for the Defendants (John W. Dennehy) conferred via email with counsel for the Plaintiff (Brant Casavant), and counsel for the Plaintiff assented to the relief sought in this motion.

*/s/ John W. Dennehy*
John W. Dennehy

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this September 24, 2024.

*/s/ John W. Dennehy*
John W. Dennehy