UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN QUINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA NYC 1 INC., d/b/a Rx2Go, RX2GO MA INC., ERKIN SATTAROV, and DONIYOR SATTAROV, individually,<br><br>Defendants. | C.A. NO.: 1:24-CV-11472 (MJJ) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO**
**EXTEND BRIEFING SCHEDULE**

NOW COME the defendants, Victoria NYC 1 Inc., Rx2go Ma Inc., Erkin Sattarov, and Doniyor Sattarov ("Defendants"), by and through counsel, and hereby respectfully file this Memorandum of Law in Support of Motion to Extend Briefing Schedule. Counsel for the plaintiff, Justin Quinn, has stated that he does not plan to oppose this motion.

## INTRODUCTION

During the Structuring Conference for this matter, this Court requested that the parties submit a pleading to the Court relative to jurisdiction and the location of members of the putative class. 28 U.S.C. § 1332(d)(4)(A)(i)(I). The Defendants reviewed the law and determined that the vast majority of the independent contractors employed by the defendant business entities in this matter reside outside of Massachusetts. More than 2/3 of the proposed class members reside

outside of Massachusetts. Defendants informed Plaintiff's counsel that they planned to respond to this issue with a Declaration attesting to the locations of the Independent Contractors.

**BACKGROUND**

In response to the discussion as to putative class members being located outside of Massachusetts, Plaintiff's counsel filed a Motion for Briefing Schedule. Defendants informed the Court that they would not object to the proposed deadlines. At the time, the deadlines were more than sufficient.

This Court granted the Plaintiff's Motion for Briefing Schedule and issued and Order as follows: September 24, 2024, the Opposition due October 8, 2024, and Reply due October 22, 2024.

Since that time, Defendants' counsel suffered Covid, which was followed by a bout with strep throat. The latter issue actually took various doctor visits to diagnose and there were changes in medication. This has caused a serious disruption overt the last two weeks.

Defendants merely seek a week extension for each deadline in order for counsel to coordinate the Declaration with his clients.

**AUTHORITY**

This Court has discretion to alter and amend scheduled hearings and conferences as justice may require. F.R.C.P. 16; Local R. 7.1, 40.2, and 40.3. Counsel for the Plaintiff has stated in an email that he feels that he cannot assent to this motion, but he does not plan to oppose it.

**CONCLUSION**

For the reasons stated above, the Defendants request that this Honorable Court extend the deadlines in the briefing schedule for seven days in this matter. Further, counsel for the Defendants apologizes for any delays and/or inconveniences to the Court and Plaintiff's counsel.

**Respectfully Submitted:**

By: /s/ John W. Dennehy
John W. Dennehy (BBO #658247)
DENNEHY LAW
127 Main Street, Suite 1
Nashua, New Hampshire 03060
Tel: (603) 943-7633
jdennehy@johnwdennehy.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, on September 24, 2024 counsel for the Defendants (John W. Dennehy) conferred via email with counsel for the Plaintiff (Brant Casavant), and counsel for the Plaintiff assented to the relief sought in this motion.

*/s/ John W. Dennehy*
John W. Dennehy

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this September 24, 2024.

*/s/ John W. Dennehy*
John W. Dennehy