UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JUSTIN QUINN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VICTORIA NYC 1 INC., d/b/a Rx2Go, RX2GO MA INC., ERKIN SATTAROV, and DONIYOR SATTAROV, individually,

Defendants.

C.A. NO.: 1:24-CV-11472 (MJJ)

**LOCAL RULE 16.1 CERTIFICATION**

NOW COME the defendants, Victoria NYC 1 Inc., Rx2go Ma Inc., Erkin Sattarov, and Doniyor Sattarov (collectively the "Defendants"), by and through counsel, and hereby certify that the Defendants have conferred with their legal counsel with a view towards establishing a budget for the costs for this litigation, including the full course of litigation, as well as phases of the litigation, and alternative cost-effective means of reducing costs, as well as the potential use of the alternative dispute resolution program, pursuant to Rule 16.1.

Erkin Sattarov for all Defendants

Dated: October 1, 2024

Respectfully submitted,

VICTORIA NYC 1 INC., RX2GO MA INC., ERKIN SATTAROV, AND DONIYOR SATTAROV

By Their Attorneys,

*/s/ John W. Dennehy*

John W. Dennehy, P.C., BBO No. 658247
DENNEHY LAW
127 Main Street, Suite 1
Nashua, NH 03060
Telephone: (603) 943-7633
jdennehy@johnwdennehy.com

Dated: October 1, 2024

**CERTIFICATE OF SERVICE**

This shall acknowledge that I, John W. Dennehy, hereby caused to serve, on October 1, 2024, via ECF to all registered users, and via email, copies of this pleading upon all counsel of record as follows:

Brant Casavant, BBO #672614
FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel. (617) 231-6777
brant@fairworklaw.com

*/s/ John W. Dennehy*

John W. Dennehy