UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JUSTIN QUINN, individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. 24-11472-BEM** |
| **VICTORIA NYC 1 INC., et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER OF REMAND**

**MURPHY, District Judge**

In accordance with this Court's Memorandum and Order issued on February 14, 2025, the above-entitled case is hereby REMANDED to the Massachusetts Superior Court, Suffolk County.

BY THE COURT,

/s/ Barbara I. Beatty
Deputy Clerk

Dated: February 14, 2025